| | |
|---|---|
| 1 | HOLME ROBERTS & OWEN LLP |
| 2 | Thomas M. Kerr (State Bar No. 241530) |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| 4 | Telephone:  (415) 268-2000 |
|   | Facsimile:   (415) 268-1999 |
| 5 | Email:  tom.kerr@hro.com |
| 6 | Attorney for Plaintiffs |
| 7 | |
|   | WARNER BROS. RECORDS INC.; SONY |
| 8 | BMG MUSIC ENTERTAINMENT; UMG |
|   | RECORDINGS, INC.; and ELEKTRA |
| 9 | ENTERTAINMENT GROUP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | Case No.: 3:08-cv-03997 MHP |
| | Honorable Marylyn H. Patel |
| | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| JOHN DOE, | |
| Defendant. | |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorneys, voluntarily dismiss with prejudice their copyright infringement claims against Defendant John Doe, each party to bear its own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: June 17, 2009

HOLME ROBERTS & OWEN LLP
THOMAS M. KERR (STATE BAR NO. 241530)

By   *Thomas M. Kerr*
Thomas M. Kerr
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.

6/18/09



NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-03997 MHP

1

#44927 V1 SAF